Edward S. Kiel (019881991)
Eric S. Latzer (023192011)
Elizabeth A. Carbone (116052014)
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
*Attorneys for Defendants Garth Andre Naar and Avatar Management LLC*

| | |
|---|---|
| EHP60N WAKEMAN LLC, EHP248O CENTER LLC, EHP120N IVY LLC, EHP242EO BURNETT LLC, ERIC HANTMAN, derivatively on behalf of EHP76B HECKEL LLC, EHP224N PARKER LLC, HHP256 NEPTUNE LLC, UHP461-HHP6600NB SMITH LLC, and PRIME NY INC., derivatively on behalf of EHP105N SCHOFIELD LLC, 475E CATHERINE LLC, EHP28-30 GREYLOCK LLC, and EPH312N SUMMER LLC,<br><br>     Plaintiffs,<br> v.<br><br>GARTH ANDRE NAAR, AVATAR MANAGEMENT LLC, and SILVAN REAL ESTATE INCOME FUND, LP,<br><br>     Defendants,<br> and<br><br>EHP76B HECKEL LLC, EHP224N PARKER LLC, HHP256 NEPTUNE LLC, UHP461-HHP6600NB SMITH LLC, 475E CATHERINE LLC, EHP28-30 GREYLOCK LLC, and EPH312N SUMMER LLC.<br><br>     Nominal Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CIVIL ACTION NO. 2:18-cv-11047-KM-JBC<br><br>Civil Action<br><br>**[PROPOSED] ORDER GRANTING COLE SCHOTZ P.C.'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS GARTH ANDRE NAAR AND AVATAR MANAGEMENT LLC** |

  **THIS MATTER,** having been brought before the Court by way of Cole Schotz P.C.'s motion seeking leave to withdraw as counsel for defendants Garth Andre Naar and Avatar Management LLC (collectively, the "Avatar Parties"); and the Court having considered the papers filed in support of the motion and in opposition thereto, if any; and for good cause shown;

2

IT IS on this _____ day of December, 2018,

**ORDERED** that Cole Schotz P.C.'s motion for leave to withdraw as counsel is granted; and it is further

**ORDERED** that Cole Schotz P.C. is hereby relieved as counsel for the Avatar Parties; and it is further

**ORDERED** that within three (3) days of receipt of this Order, Cole Schotz P.C. shall serve a copy of this Order on the Avatar Parties by electronic and overnight mail; and it is further

**ORDERED**, that Avatar Management LLC shall obtain substitute counsel within \_\_\_\_\_ days of receipt of this Order.

 

Hon. Kevin McNulty U.S.D.J.