Edward S. Kiel (019881991)
Eric S. Latzer (023192011)
Elizabeth A. Carbone (116052014)
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536  Facsimile
*Attorneys for Defendants Garth Andre Naar and Avatar Management LLC*

| | |
|---|---|
| ERIC HANTMAN, PRIME NY, INC., EHP76B HECKEL LLC, EHP224N PARKER LLC, HHP256 NEPTUNE LLC, EHP60N WAKEMAN LLC, EHP248O CENTER LLC, EHP105N SCHOFIELD LLC, UHP461-475E CATHERINE LLC, EHP28-30 GREYLOCK LLC, HHP6600NB SMITH LLC, EHP120N IVY LLC, EHP242EO BURNETT LLC, and EHP312N SUMMER LLC, <br><br>Plaintiffs, <br><br>v. <br><br>GARTH ANDRE NAAR, AVATAR MANAGEMENT LLC, and SILVAN REAL ESTATE INCOME FUND, LP, <br><br>Defendants. <br>and <br><br>EHP76B HECKEL LLC, EHP224N PARKER LLC, HHP256 NEPTUNE LLC, UHP461-HHP6600NB SMITH LLC, 475E CATHERINE LLC, EPH28-30 GREYLOCK LLS, and EPH312N SUMMER LLC, <br><br>Nominal Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO. 2:18-cv-11047-KM-JBC<br><br>Civil Action<br><br>**CERTIFICATE OF SERVICE** |

58225/0001-16509559v1

FRANCES PISANO, of full age, hereby certifies as follows:

1. I am a paralegal with the law firm Cole Schotz P.C., attorneys for defendants Garth Andre Naar and Avatar Management LLC ((collectively, the "Avatar Parties") in the above-captioned matter. I am over the age of eighteen (18) years and not a party to this action.

2. I certify that on November 2, 2018, this office caused the following documents in support of Cole Schotz P.C.'s motion for leave to withdraw as counsel for the Avatar Parties to be filed:

   (a) Notice of Motion for Leave to Withdraw as Counsel for Defendants Garth Andre Naar and Avatar Management LLC;

   (b) Cole Schotz P.C.'s Brief in Support of Motion for Leave to Withdraw as Counsel for Defendants Garth Andre Naar and Avatar Management LLC;

   (c) Declaration of Edward S. Kiel, Esq. in Support of Cole Schotz P.C.'s Motion for Leave to Withdraw as Counsel for Defendants Garth Andre Naar and Avatar Management LLC; and

   (d) [Proposed] Order Granting Cole Schotz P.C.'s Motion for Leave to Withdraw as Counsel for Defendants Garth Andre Naar and Avatar Management LLC

3. Service of the foregoing documents was effectuated via electronic mail and Federal Express on Garth Andre Naar and Avatar Management LLC, 4 South Orange Avenue, South Orange, New Jersey 07070. All counsel of record received electronic notifications and copies of the filing.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Frances Pisano*
FRANCES PISANO

**DATED**: November 2, 2018

58225/0001-16509559v1