Dear Honorable Judge McNulty,

    I just landed from a business trip and I received word that there was a speedy hearing initiatated by the plaintiffs that was heard yesterday. I was never handed any paperwork or spoken to any servers in regards to this latest motion and the business trip I just came back from was scheduled months ago and confirmed last month.

    I am in the process of securing an attorney over today and tomorrow. Please allow me to respond to this latest motion in a hearing that I or my new legal counsel can attend.

Best Regards,

Garth Naar
Avatar Management LLC

2018 DEC 12  P 3:31
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 DEC 12 PD 3 31