**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                             **DATE:** January 11, 2019
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Rhea C. Villanti

**TITLE OF CASE:**                                             **DOCKET # 18-cv-11047**
ERIC HANTMAN, et al
          vs.
GARTH ANDRE NAAR, et al

**APPEARANCES**

Jonathan Cohen, Esq. and Ryan O. Miller, Esq. for Plaintiffs
N. Ari Weisbrot, Esq. for Defendants Garth Andre Naar and Avatar Management LLC
David Klein, Esq., Michael D. Malloy, Esq. and Betsy A. Rosenbloom, Esq. for Defendant Silvan Real Estate Income Fund, LP

**Nature of Proceedings**:  In Person Status Conference

In Person Status Conference held.

**Time Commenced: 10:00**
**Time Adjourned: 11:00**
**Total Time:   1 Hour**


                                                               Nitza Creegan
                                                               DEPUTY CLERK