N. Ari Weisbrot, Esq. (N.J. Atty. ID: 007431995)
WEISBROT LAW
1099 Allessandrini Avenue
New Milford, New Jersey 07646
(201) 788-6146
Email:  aweisbrot@weisbrotlaw.com
*Attorneys for Defendants Garth Andre Naar and Avatar Management LLC*

| | |
|---|---|
| ERIC HANTMAN, PRIME NY, INC., EHP76B HECKEL LLC, EHP224N PARKER LLC, HHP256 NEPTUNE LLC, EHP60N WAKEMAN LLC, EHP248O CENTER LLC, EHP105N SCHOFIELD LLC, UHP461-475E CATHERINE LLC, EHP28-30 GREYLOCK LLC, HHP6600NB SMITH LLC, EHP120N IVY LLC, EHP242EO BURNETT LLC, and EHP312N SUMMER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GARTH ANDRE NAAR, AVATAR MANAGEMENT LLC, and SILVAN REAL ESTATE INCOME FUND, LP,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIV. ACTION NO. 2:18-cv-11047-KM-JBC<br><br><br>Civil Action<br><br><br><br>**NOTICE OF MOTION  FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS GARTH ANDRE NAAR AND AVATAR MANAGEMENT LLC** |

**TO:**   All Counsel of Record - via CM/ECF
Garth Andre Naar – via email and overnight mail
Avatar Management LLC – via email and overnight mail

**PLEASE TAKE NOTICE** that on October 7, 2019, or as soon thereafter as counsel may be heard, the Law Office of N. Ari Weisbrot LLC ("Weisbrot Law"), attorneys for defendants Garth Andre Naar and Avatar Management LLC (collectively, the "Avatar Parties"), shall move before the Honorable Kevin McNulty, U.S.D.J., of the United States District Court for the District of New Jersey, Newark Vicinage, located at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for the entry of an Order granting

leave for Weisbrot Law to withdraw as counsel for the Avatar Parties (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the accompanying Declaration of Nathaniel A. Weisbrot, dated August 21, 2019, and Brief in Support of the Motion. A proposed form of Order has also been submitted.

                                          THE LAW OFFICE OF N. ARI WEISBROT LLC

                                          By: _____
                                          1099 Allessandrini Avenue
                                          New Milford, New Jersey 07646
                                          P: (201) 788-6146
                                          F:  201) 788-6146
                                          Email:   aweisbrot@weisbrotlaw.com
                                          *Attorneys for Defendants Garth Andre Naar and Avatar Management LLC*

Dated: August 21, 2019