N. Ari Weisbrot, Esq. (N.J. Atty. ID: 007431995)
WEISBROT LAW
1099 Allessandrini Avenue
New Milford, New Jersey 07646
(201) 788-6146
Email:  aweisbrot@weisbrotlaw.com
*Attorneys for Defendants Garth Andre Naar and Avatar Management LLC*

| | |
|---|---|
| ERIC HANTMAN, PRIME NY, INC., EHP76B HECKEL LLC, EHP224N PARKER LLC, HHP256 NEPTUNE LLC, EHP60N WAKEMAN LLC, EHP248O CENTER LLC, EHP105N SCHOFIELD LLC, UHP461-475E CATHERINE LLC, EHP28-30 GREYLOCK LLC, HHP6600NB SMITH LLC, EHP120N IVY LLC, EHP242EO BURNETT LLC, and EHP312N SUMMER LLC,<br><br>              Plaintiffs,<br>v.<br>GARTH ANDRE NAAR, AVATAR MANAGEMENT LLC, and SILVAN REAL ESTATE INCOME FUND, LP,<br><br>              Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIV. ACTION NO. 2:18-cv-11047-KM-JBC<br><br>Civil Action<br><br>**[PROPOSED] ORDER GRANTING THE LAW OFFICE OF N. ARI WEISBROT LLC'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS GARTH ANDRE NAAR AND AVATAR MANAGEMENT LLC** |

**THIS MATTER,** having been brought before the Court by way of a motion by the Law Office of N. Ari Weisbrot LLC seeking leave to withdraw as counsel for defendants Garth Andre Naar and Avatar Management LLC (collectively, the "Avatar Parties"); and the Court having considered the papers filed in support of the motion and any opposition submitted thereto; and for good cause shown;

IT IS on this_____day of October, 2019,

**ORDERED** that the Law Office of N. Ari Weisbrot LLC's motion for leave to withdraw as counsel be and the same is hereby GRANTED; and it is further

**ORDERED** that the Law Office of N. Ari Weisbrot LLC is hereby relieved as counsel for the Avatar Parties; and it is further

**ORDERED** that within three (3) days of receipt of this Order, the Law Office of N. Ari Weisbrot LLC shall serve a copy of this Order on the Avatar Parties by electronic and overnight mail; and it is further

**ORDERED**, that Avatar Management LLC shall obtain substitute counsel within ____ days of receipt of this Order.

_____
Hon. Kevin McNulty U.S.D.J.

[ ] Opposed

[ ] Unopposed