N. Ari Weisbrot, Esq. (N.J. Atty. ID: 007431995)
WEISBROT LAW
1099 Allessandrini Avenue
New Milford, New Jersey 07646
(201) 788-6146
Email:  aweisbrot@weisbrotlaw.com
*Attorneys for Defendants Garth Andre Naar and Avatar Management LLC*

| | |
|---|---|
| ERIC HANTMAN, PRIME NY, INC., EHP76B HECKEL LLC, EHP224N PARKER LLC, HHP256 NEPTUNE LLC, EHP60N WAKEMAN LLC, EHP248O CENTER LLC, EHP105N SCHOFIELD LLC, UHP461-475E CATHERINE LLC, EHP28-30 GREYLOCK LLC, HHP6600NB SMITH LLC, EHP120N IVY LLC, EHP242EO BURNETT LLC, and EHP312N SUMMER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GARTH ANDRE NAAR, AVATAR MANAGEMENT LLC, and SILVAN REAL ESTATE INCOME FUND, LP,<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CIV. ACTION NO. 2:18-cv-11047-KM-JBC<br><br><u>Civil Action</u><br><br><br>**CERTIFICATION OF SERVICE** |

Nathaniel A. Weisbrot, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey, and a member of the Law Office of N. Ari Weisbrot LLC ("Weisbrot Law"), attorneys for defendants Garth Andre Naar and Avatar Management LLC (collectively, the "Avatar Parties") in the above- captioned matter. I am over the age of eighteen (18) years and not a party to this action.

2. I certify that on August 21, 2019, this office caused the following documents in support of Weisbrot Law's motion for leave to withdraw as counsel for the Avatar Parties to be filed:

   a. Notice of Motion for Leave to Withdraw as Counsel for Defendants Garth Andre Naar and Avatar Management LLC;

    b. Weisbrot Law's Brief in Support of Motion for Leave to Withdraw as Counsel for Defendants Garth Andre Naar and Avatar Management LLC;

    c. Declaration of Nathaniel A. Weisbrot, Esq. in Support of Weisbrot Law's Motion for Leave to Withdraw as Counsel for Defendants Garth Andre Naar and Avatar Management LLC; and

    d. [Proposed] Order Granting Weisbrot Law's Motion for Leave to Withdraw as Counsel for Defendants Garth Andre Naar and Avatar Management LLC

3. Service of the foregoing documents was effectuated via electronic mail and Federal Express on Garth Andre Naar and Avatar Management LLC, 4 South Orange Avenue, South Orange, New Jersey 07070. All counsel of record received electronic notifications and copies of the filing.

4. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
**Nathaniel A. Weisbrot**

DATED: August 21, 2019