Dear Honorable Judge McNulty,

    On December 16th I attended a hearing to release my attorney from representation. At that hearing I was informed of another hearing to take place January 7th 2020. I asked that I could have more time to find a new attorney since the holiday season was starting with many people taking off for vacation this came at a tough time to replace attorneys on short notice. And I was told to write you a letter if I needed more time.

    I've reached out to a couple of attorneys that are returning to their offices on Monday and can meet with me next week to discuss the latest motion against me and my company.

    Please allow me time (that is not in the middle of high religious holidays) to secure consul so that I & my business can respond to the latest motion.

    I understand the seriousness of this matter and as I have done whenever a request like this was made, I retained counsel within the reasonably extended time allotted. I request that the hearing scheduled for January 7th be adjourned to January 27th.

    Thank you for your time and consideration to this issue.

Best Regards,

Garth Naar
Avatar Management LLC

2020 JAN -3 A 3:51
RECEIVED
DISTRICT OF NEW JERSEY